THE STATE OF MONTANA, Acting By and Through the STATE HIGHWAY COMMISSION of the State of Montana, Plaintiff and Appellant, v. ROBERTSON AND BLOSSOM, INC., a Montana Corporation, et al., Defendants and Respondents.

No. 11262.
Decided March 8, 1968.
437 P.2d 924.

Petition for rehearing.

MR. CHIEF JUSTICE JAMES T. HARRISON, delivered the Opinion of the Court.

It is ordered that appellants' petition for rehearing herein be granted, and the Opinion heretofore promulgated on January 18, 1968, be withdrawn.

MR. JUSTICES HASWELL, ADAIR, CASTLES and JOHN CONWAY HARRISON concur.

See page 205.